# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DEX MEDIA, INC., *et al.*, | : | Case No. 16-11200 (KG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF SARAH LINK SCHULTZ

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and the attached certification, counsel moves the admission *pro hac vice* of Sarah Link Schultz, Esq., to represent the ad hoc group of holders of the 12%/14% Senior Subordinated Notes issued pursuant to that certain Indenture, dated as of January 29, 2010, between R.H. Donnelley Corporation as issuer and The Bank of New York Mellon as trustee (the "Ad Hoc Group of Noteholders") in the above-captioned cases and any adversary proceedings related thereto.

Date: May 18, 2016  
Wilmington, Delaware

/s/ John H. Schanne, II  
John H. Schanne, II (DE No. 5260)  
PEPPER HAMILTON LLP  
Hercules Plaza, Suite 5100  
1313 N. Market Street, P.O. Box 1709  
Wilmington, Delaware 19801  
Tel: (302) 777-6500  

*Counsel to the Ad Hoc Group*  
*of Noteholders*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

#39339868 v1

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing, as a member of the Bar of the State of Texas, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

/s/ Sarah Link Schultz
Sarah Link Schultz, Esq.
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas, TX 75201-4624
Telephone: (214) 969-2800
Facsimile:  (214) 969-4343
Email: sschultz@akingump.com

#39339868 v1