IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DEX MEDIA, INC., *et al.*,<br><br>            Debtors. | Chapter 11<br><br>Case No. 16-11200 (KG)<br><br>(Joint Administration Requested) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Gerard Uzzi of Milbank, Tweed, Hadley & McCloy LLP, 28 Liberty Street, New York, NY 10005-1413 to represent the Ad Hoc Group of Prepetition Lenders in the above-captioned cases and any related pleadings.

Date:  May 17, 2016
       Wilmington, Delaware

                             */s/ Gregory W. Werkheiser*
                             **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
                             Gregory W. Werkheiser
                             1201 North Market Street, 16th Floor
                             P.O. Box 1347
                             Wilmington, Delaware 19899
                             Telephone:     (302) 658-9200
                             Facsimile:       (302) 658-3989
                             Email:  gwerkheiser@mnat.com

                             *Counsel for the Ad Hoc Group of Prepetition Lenders*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: May 18th, 2016**
**Wilmington, Delaware**

                             **KEVIN GROSS**
                             **UNITED STATES BANKRUPTCY JUDGE**